**Rickey CALHOUN, Plaintiff—Appellant,**

v.

**KING COUNTY PROSECUTING ATTORNEY'S OFFICE; Daniel Satterberg; Jeffrey C. Dernbach; Does 1–10, Defendants—Appellees.**

No. 08–35348.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 8, 2009.

Filed Oct. 13, 2009.

have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. A prosecutor is entitled to absolute immunity from damages under § 1983 "when performing the traditional functions of an advocate." *Kalina v. Fletcher*, 522 U.S. 118, 131, 118 S.Ct. 502, 139 L.Ed.2d 471 (1997). The prosecuting attorney, Jeffrey Dernbach, engaged in the traditional functions of an advocate when he filed a declaration with the court to modify a sentence that exceeded the statutory maximum. He acted in his role as a lawyer, rather than as a complaining witness, when he reported to the court regarding communication with defense counsel. *See id.* at 129, 118 S.Ct. 502. Accordingly, Mr. Calhoun's claims are barred by the doctrine of prosecutorial immunity.

**AFFIRMED.**

Penny Fields, Esquire, Perkins Coie LLP, Seattle, WA, for Plaintiff–Appellant.

Kristofer Bundy, Esquire, Jessica Hardung, Esquire, King County Prosecuting Attorney's Office, Seattle, WA, for Defendants–Appellees.

Before: D.W. NELSON, SILVERMAN and IKUTA, Circuit Judges.

MEMORANDUM *

Rickey Calhoun appeals dismissal on the pleadings of his 42 U.S.C. § 1983 suit. We

---

* This disposition is not appropriate for publication and is not precedent except provided by